Honorable Benjamin H. Settle
Hearing Date: October 28, 2013

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT F. BURY, a single person,<br><br>Plaintiff,<br><br>v.<br><br>NCS POWER, INC., a Washington corporation; ESTATE OF LANCE CHANDLER, and the former marital community composed of Lance Chandler and Leanne Erdelbrock; DOUGLAS CHANDLER and the marital community composed of Douglas and Joyce Chandler; The ALLYN GROUP, a partnership; LUMERIA RESEARCH, INC., a Washington corporation; LANCE LYNN CHANDLER TRUST; WADE AU, a married man; and ROBERT E. CHANDLER, a married man,<br><br>Defendants. | Case No. 3: 12-cv-05641-BHS<br><br>**ORDER EXTENDING DEADLINE FOR PLAINTIFF'S RESPONSE TO THREE SUMMARY JUDGMENT MOTIONS AND RESETTING MOTION HEARING** |

This matter having come before the Court on Plaintiff Robert F. Bury's Motion for Relief from Deadline to respond simultaneously to Defendant Douglas Chandler's Motion for Summary Judgment, Defendant Leanne Erdelbrock's Motion for Summary Judgment, and Lumeria's Motion for Summary Judgment from November 4 to November 8, 2013, and good cause being shown, now therefore:

[PROPOSED]
ORDER EXTENDING DEADLINE FOR PLAINTIFF'S RESPONSE TO THREE
SUMMARY JUDGMENT MOTIONS AND RESETTING MOTION HEARING
3:12-cv-5641-BHS   - 1 of 3

Murphy, Bantz & Bury, PLLC
818 W. Riverside Ave., Suite 631
Spokane, WA 99201
(509) 838-4458

1  The Motion extending the deadline for Response to November 8, 2013, is
2  granted and respective Defendants' three Motions for Summary Judgment are reset to
3
4  November 15, 2013.
5  Done in open court this 28th day of October, 2013.

_____
HONORABLE BENJAMIN H. SETTLE

12  Presented by:

13  MURPHY, BANTZ & BURY, PLLC

15  /s/ John F. Bury

_____
16  JOHN F. BURY, WSBA No. 4949
17  Attorney for Plaintiff Robert F. Bury

[PROPOSED]
ORDER EXTENDING DEADLINE FOR PLAINTIFF'S RESPONSE TO THREE
SUMMARY JUDGMENT MOTIONS AND RESETTING MOTION HEARING
3:12-cv-5641-BHS    - 2 of 3

Murphy, Bantz & Bury, PLLC
818 W. Riverside Ave., Suite 631
Spokane, WA 99201
(509) 838-4458