JOHN F. BURY, WSBA No. 4949  Honorable Benjamin H. Settle
TIMOTHY R. FISCHER, WSBA No. 40075
SCOTT A. GINGRAS, WSBA No. 43886
WINSTON & CASHATT, LAWYERS
601 W. Riverside Avenue, Suite 1900
Spokane, WA  99201
Telephone:  (509) 838-6131
Facsimile:  (509) 838-1416
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| In Re: | Case No. 3:12-cv-05641-BHS |
|---|---|
| ROBERT F. BURY, Plaintiff, vs. NCS POWER, INC., et al., Defendants. | **ORDER GRANTING MOTION TO AMEND THE FOURTH AMENDED COMPLAINT** |

THIS MATTER having come before the Court on Plaintiff Bury's unopposed Motion and Memorandum to Amend the Fourth Amended Complaint, and the Court having considered the pleadings filed in support of the Motion, the Court grants the Motion and permits the Plaintiff to amend the Fourth Amended Complaint to:

1. Add existing Defendant Wade Au to Plaintiff's existing Second Claim for Relief under RCW 49.52.010, *et seq* (a Washington state law wage claim; and

2. Conform the pleading with the Court's recent Order on Motions for Summary Judgment (ECF #144).

Therefore, the Court grants Plaintiff's unopposed Motion to amend the Fourth Amended Complaint.

ORDER GRANTING MOTION TO AMEND    Case 3:12-cv-05641-BHS .- 1
THE FOURTH AMENDED COMPLAINT

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

1  The Plaintiff shall file an amended Complaint (Fourth Amended Complaint) no later than May 27, 2014.

DATED this 27th day of May, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:
WINSTON & CASHATT, LAWYERS
/s/ *Timothy R. Fischer*
_____
TIMOTHY R. FISCHER, WSBA No. 40075
Attorneys for Plaintiff

ORDER GRANTING MOTION TO AMEND
THE FOURTH AMENDED COMPLAINT

Case 3:12-cv-05641-BHS .- 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131